# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN INSURANCE COMPANY A/S/O ALBERT M. WATSON PHOTOGRAPHY, INC.         Plaintiff, <br><br> -v- <br><br> ROBERT KARTHEISER, and JOHN DOES 1-10 fictitious Defendants <br><br>                                           Defendant. | Case No._____ <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Plaintiff American Insurance Company__ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 7/20/17

Signature of Attorney

Attorney Bar Code: LA3252

Form Rule7_1.pdf   SDNY Web 10/2007