**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
AMERICAN INSURANCE COMPANY,

                 Plaintiff,                  17 **CIVIL** 5545 (SN)

      -against-                      **JUDGMENT**

ROBERT KARTHEISER, et al.,
                 Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 28, 2020, Defendants' motion for summary judgment is GRANTED. Plaintiff's cross-motion is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
         September 29, 2020

                                                   **RUBY J. KRAJICK**
                                                    _____
                                                    **Clerk of Court**
               **BY:**        _K. Mango_
                                                    _____
                                                    **Deputy Clerk**